Tom **HOER** and Marvin Earl, d/b/a
**Mexico Farmacy, Respondents,**

v.

William **MOUTRAY, Appellant.**

No. 49236.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

David B. Rogers, Columbia, for appellant.

Carla Wood Tanzey, Brett and Erdel, Mexico, for respondents.

## ORDER

PER CURIAM:

Civil action seeking damages for goods sold and delivered. Judgment affirmed. Rule 84.16(b).